IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Criminal Action No. H-11-802 |
| | § | |
| JONATHAN EARL WILLIAMS, | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Court has conducted a de novo review of the Magistrate Judge's Memorandum, Recommendation and Order, to which there were no timely-filed objections. The court concludes that the Memorandum and Recommendation should be adopted.

Accordingly, the Memorandum, Recommendation and Order is **ADOPTED**.

**SIGNED** at Houston, Texas, this 17th day of January, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE